# SIEGLE & SIMS L.L.P.

*The Astor Building*
217 Broadway • Suite 611
New York, New York 10007
Telephone: (212) 406-0110
Facsimile: (212) 406-0110

Eric W. Siegle                                                                                          Jonathan D. Sims

January 28, 2022

**VIA E-MAIL & ECF**
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312
Attn.: Hon. Naomi Reice Buchwald

       Re: **U.S. v. Richard Gonzalez**
          21- CR-406(NRB)

Dear Honorable Judge Buchwald:

  We represent Richard Gonzalez in the above-referenced matter, who was sentenced to time served, 2 years supervised release and a fine (paid) yesterday, and are writing the Court to respectfully request that the Court endorse this letter ordering the Pre-trial Services Office to return Mr. Gonzalez's passport.

  I have been advised by Pre-Trial Services that an order of the Court is required before they will return same. We thank the Court in advance for its time and courtesy.

        Respectfully submitted,

        SIEGLE & SIMS L.L.P.

         Eric W. Siegle

*[Handwritten endorsement: Application granted. Buchwald, USDJ 2/1/22]*

cc: Kaylen Lasky, A.U.S.A. (via email)